# United States Court of Appeals for the Federal Circuit

---

**STATIC MEDIA LLC,**
*Plaintiff-Appellee*

**v.**

**LEADER ACCESSORIES LLC,**
*Defendant-Appellant*

**JEN-FENG LEE,**
*Appellant*

---

2021-2303

---

Appeal from the United States District Court for the Western District of Wisconsin in No. 3:18-cv-00330-wmc, Judge William M. Conley.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED**

FOR THE COURT

June 28, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court